# In the United States Court of Federal Claims

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *    *
ADOLPH ACOSTA, et al.,                      *
                                            *
                    Plaintiffs,             *
            v.                              *
                                            *          No. 16-1473C
UNITED STATES,                              *          Filed:  October 10, 2017
                                            *
                    Defendant.              *
*  *  *  *  *  *  *  *  *  *  *  *  *  *    *
```

## O R D E R

The court is in receipt of the parties' October 10, 2017 joint stipulation of dismissal. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2017), this court **ORDERS** that this case be **DISMISSED** with prejudice.

      **IT IS SO ORDERED**.

<u>s/Marian Blank Horn</u>
**MARIAN BLANK HORN**
**Judge**